UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRYAN TOH,<br>    Plaintiff | :<br>:<br>: |
| v. | :    C.A. No.: 1:21-cv-00085-JJM-LDA |
| | : |
| STATE OF RHODE ISLAND,<br>DEPARTMENT OF HUMAN SERVICE,<br>RHODE ISLAND VETERAN'S HOME,<br>    Defendant | :<br>:<br>:<br>: |

## STIPULATION

It is hereby agreed by and between the parties that Plaintiff, Bryan Toh, in the above cause of action shall have an extension of time up to and including August 27, 2022 within which to file his response to Defendant's First Set of Interrogatories and First Request for Production of Documents.

Plaintiff,
By his attorney,

/s/ V. Edward Formisano
V. Edward Formisano (#5512)
Formisano & Co., P.C.
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9691
edf@formisanoandcompany.com

Defendant,
By its attorneys,

/s/ Beth Landes
Beth Landes (#10429)
Special Assistant Attorney General
R.I. Office of Attorney General
150 South Main Street
Providence, RI  02903
(401) 274-4400
blandes@riag.ri.gov


/s/ Brenda Baum
Brenda Baum (#5184)
Assistant Attorney General
R.I. Office of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
bbaum@riag.ri.gov

## **CERTIFICATION**

I hereby certify that the within document has been electronically filed with the Court on this 3rd day of August, 2022 and is available for viewing and downloading from the ECF system.

/s/ V. Edward Formisano, Esq.